IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL IOWA HOSPITAL CORPORATION, successor-in-interest to IOWA LUTHERAN HOSPITAL <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, as Secretary of the United States Department of Health and Human Services <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * CIVIL CASE NO._____ <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**<u>Disclosure of Corporate Affiliations and Financial Interests Certificate
Required by LCvR 7.1 of the Local Rules of the United States District Court for the
District of Columbia</u>**

I, the undersigned counsel of record for Plaintiff Central Iowa Hospital Corporation, certify that to the best of my knowledge and belief, Central Iowa Hospital Corporation, a nonprofit entity, does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*[signature: Harold H. Belkowitz]*

Harold G. Belkowitz
D.C. Bar No. 449800
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W.
Washington, D.C. 20005-3324
(202) 408-8400
(202) 408-0640 facsimile

Robert E. Mazer
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120

Counsel for Central Iowa Hospital Corporation, successor-in-interest to Iowa Lutheran Hospital

143590.1

2