U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Central Iowa Hospital Corporation, successor-in-interest to Iowa Lutheran Hospital

vs.

Michael O. Leavitt, as Secretary of Health and Human Services

No. 1:07CV00295

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint for Judicial Review of Final Adverse Agency Decision on Medicare Reimbursement, Exhibits A-B and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:09 pm on February 9, 2007, I served Michael O. Leavitt, as Secretary of Health and Human Services c/o The United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Document Clerk, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     30
HEIGHT-  5'10"
HAIR-    BLACK
WEIGHT-  165"
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE ~~FEES is~~ true and correct.

Executed on  2/9/07
                Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 183670