UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL IOWA HOSPITAL CORPORATION successor-in-interest to IOWA LUTHERAN HOSPITAL<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services<br>    Defendant | Case No. 1:07CV00295 |

### Affidavit of Service

    I, Max Brandy, say that I am over the age of eighteen years, and that my business address is: 1401 H Street, N.W., Suite 500, Washington, DC 20005. On February 9, 2007, I served the Summons; Complaint for Judicial Review of Final Adverse Agency Decision Under the Medicare Act; Notice of Right To Consent To Trial Before A United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled in the above entitled case on Michael O. Leavitt, as Secretary of Health and Human Services, c/o Office of the General Counsel, Hubert Humphrey Building, Room #722A, 200 Independence Avenue, S.W., Washington, DC 20005, by directly giving to a United States Postal Service employee a copy of the Certified Summons and the Certified Complaint, enclosed in an envelope, Certified Mail postage prepaid, addressed as set forth above.

A copy of the Domestic Return Receipt is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2007

                                                                                                 Max Brandy

143830.2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>LAWRENCE  2-12-07 |
| 1. Article Addressed to:<br><br>The Secretary of Health and Human Services<br>c/o Office of the General Counsel<br>Hubert H. Humphrey Building, Room 722A<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2150 0000 3749 2800 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540