IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTRAL IOWA HOSPITAL CORPORATION**, successor-in-interest to Iowa Lutheran Hospital,<br><br>     **Plaintiff**,<br><br>v.<br><br>**MICHAEL O. LEAVITT**, as Secretary of Health and Humans Services,<br><br>     **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:07-cv-00295-RWR |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, through the undersigned counsel, has answered Plaintiff's Complaint in the above-entitled case on this day of April 9, 2007.

-2-

With this notice, Defendant now files the certified administrative record, in four volumes, in the above-entitled case.

| | |
|---|---|
| Dated: April 9, 2007 | Respectfully submitted, |
| Of Counsel: | PETER D. KEISLER<br>Assistant Attorney General |
| DANIEL MERON<br>General Counsel | JEFFREY A. TAYLOR<br>United States Attorney |
| KATHLEEN H. McGUAN<br>Associate General Counsel | |
| |   /s/ Joel McElvain |
| MARK D. POLSTON.<br>Deputy Associate General<br>   Counsel for Litigation | SHEILA M. LIEBER, Deputy Director<br>JOEL McELVAIN, Attorney, D.C. Bar # 448431<br>United States Department of Justice<br>Civil Division, Federal Programs Branch |
| DAVID HOSKINS<br>Attorney<br>Office of the General Counsel<br>U.S. Department of Health<br>   and Human Services | 20 Massachusetts Ave., NW, Room 7130<br>Washington, D.C. 20001<br>Telephone:   (202) 514-2988<br>Fax:   (202) 616-8202<br>Email:   Joel.L.McElvain@usdoj.gov |
| | *Attorneys for Defendant* |

CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of April, 2007, I caused this document to be filed in this Court's electronic filing system, and that that filing constituted service of the document on the attorney listed below. I also hereby certify that on this 9th day of April, 2007, I have filed an original and one copy of the Administrative Record, in four volumes, with the Clerk of the Court, and that I caused a copy of the Administrative Record, in four volumes, to be delivered to the following counsel by Federal Express:

        Leon Rodriguez, Esquire
        Ober, Kaler, Grimes & Shriver
        1401 H Street, NW, Suite 500
        Washington, DC 20005

        /s/ Joel McElvain
        JOEL McELVAIN
        *Attorney*