A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Central Iowa Hospital Corporation )
        Plaintiff(s) )   **APPEARANCE**
 )
 )
        vs. )   CASE NUMBER   1:07-cv-00295-RWR
Michael O. Leavitt, as Secretary of the )
Department of Health and Human Services )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Stephen Charnoff   as counsel in this
                         (Attorney's Name)

case for:   Central Iowa Hospital Corporation
               (Name of party or parties)

04/10/07
Date

*[Signature]*
Signature

Stephen Charnoff
Print Name

502324
BAR IDENTIFICATION

1401 H St., NW, Suite 500
Address

Washington, DC 20005
City   State   Zip Code

202-408-8400
Phone Number