IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL IOWA HOSPITAL CORPORATION, successor-in-interest to IOWA LUTHERAN HOSPITAL<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, as Secretary of the United States Department of Health and Human Services<br><br>Defendant. | CIVIL CASE NO.:<br>1:07-cv-00295 RWR |

## JOINT WRITTEN REPORT OF PROPOSED SCHEDULING DATES

Pursuant to the Court's Order of May 22, 2007 (Dkt. 11, "Order for Initial Scheduling Conference"), the parties hereby state and propose as follows:

I.  **ASSIGNMENT OF MAGISTRATE**

    1.  The parties do not consent to the assignment of a magistrate judge.

II. **DISCOVERY**

    2.  Rule 26(a)(1) initial disclosures are not required pursuant to LCvR 26.2(a)(1), as this matter is an action for review on an administrative record.

    3.  No discovery is required, as this matter is an action for review on an administrative record.

III. **MOTIONS**

    4.  Plaintiff Central Iowa Hospital Corporation's Motion for Summary Judgment, accompanied by a statement of material facts pursuant to LCvR 7(h), shall be filed on or before July 25, 2007.

5. Defendant Michael O. Leavitt's, as Secretary for the Department of Health and Human Services, Opposition to Plaintiff's Motion for Summary Judgment, as well as any Cross-Motion for Summary Judgment, accompanied by a statement of material facts pursuant to LCvR 7(h), shall be filed on or before August 24, 2007.

6. Plaintiff's Reply in Support of its Motion for Summary Judgment, as well as any Opposition to Defendant's Cross-Motion for Summary Judgment, shall be filed on or before September 21, 2007.

7. Defendant's Reply in Support of its Cross-Motion for Summary Judgment shall be filed on or before October 19, 2007.

8. The parties do not contemplate the filing of motions beyond those associated with their respective Motions for Summary Judgment, but agree that, to the extent other motions become necessary, all motions shall be filed no later than November 2, 2007.

### IV. SCHEDULING CONFERENCE

9. The parties agree that the Initial Scheduling Conference set for June 6, 2007 at 4:45 p.m. is unnecessary and respectfully request that said conference be removed from the docket.

### V. SCHEDULING ORDER

10. The parties file herewith a proposed Scheduling Order embodying the proposed dates as set forth above.

Respectfully submitted,

/s/
--------------------------------
Harold G. Belkowitz, D.C. Bar No. 449800
Stephen D. Charnoff, D.C. Bar No. 502324
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W.
Washington, D.C. 20005-3324
(202) 408-8400
(202) 408-0640 (facsimile)
sdcharnoff@ober.com

Robert E. Mazer
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120

*Counsel for Central Iowa Hospital Corporation, successor-in-interest to Iowa Lutheran Hospital*

/s/
--------------------------------
Joel McElvain
United States Department of Justice
Civil Division, Federal Programs Branch
Room 7130
20 Massachusetts Ave., NW
Washington, D.C. 20001
(202) 514-2988
(202) 616-8202 (facsimile)
joel.l.mcelvain@usdoj.gov

*Counsel for Michael O. Leavitt as Secretary of the United States Department of Health and Human Services*

145867.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTRAL IOWA HOSPITAL CORPORATION, successor-in-interest to IOWA LUTHERAN HOSPITAL | * * * * | |
| Plaintiff, | * * | CIVIL CASE NO.: |
| v. | * * | 1:07-cv-00295 RWR |
| MICHAEL O. LEAVITT, as Secretary of the United States Department of Health and Human Services | * * * * * | |
| Defendant. | * | |

## SCHEDULING ORDER

THIS MATTER having come before the Court for scheduling pursuant to Fed.R.Civ.P. 16, and upon review of the parties' Joint Written Report of Proposed Scheduling Dates, and good cause appearing, it is hereby ORDERED as follows:

1. Plaintiff Central Iowa Hospital Corporation's Motion for Summary Judgment, accompanied by a statement of material facts pursuant to LCvR 7(h), shall be filed on or before July 25, 2007.

2. Defendant Michael O. Leavitt's, as Secretary for the Department of Health and Human Services, Opposition to Plaintiff's Motion for Summary Judgment, as well as any Cross-Motion for Summary Judgment, accompanied by a statement of material facts pursuant to LCvR 7(h), shall be filed on or before August 24, 2007.

3. Plaintiff's Reply in Support of its Motion for Summary Judgment, as well as any Opposition to Defendant's Cross-Motion for Summary Judgment, shall be filed on or before September 21, 2007.

      4.      Defendant's Reply in Support of its Cross-Motion for Summary Judgment shall be filed on or before October 19, 2007.

      5.      All motions other than those associated with the parties' respective Motions for Summary Judgment shall be filed no later than November 2, 2007.

      6.      The Initial Scheduling Conference set for June 6, 2007 at 4:45 p.m. is removed from the docket.

Dated: _____

                                                          Judge, United States District Court
                                                          for the District of Columbia

145879.2