IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTRAL IOWA HOSPITAL CORPORATION**, successor-in-interest to Iowa Lutheran Hospital,  <br><br>          **Plaintiff**,<br><br>   v.<br><br>**MICHAEL O. LEAVITT**, as Secretary of Health and Humans Services,<br><br>          **Defendant.** | Case No. 1:07-cv-00295-RWR |

## NOTICE OF FILING OF SUPPLEMENT TO ADMINISTRATIVE RECORD

    Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, through the undersigned counsel, has separately answered Plaintiff's Complaint and has separately filed the certified Administrative Record, in four volumes, in this case. Defendant now files this certified supplement to the Administrative Record, consisting of

-2-

one page that, due to a printing error, was inadvertently omitted from the original certification of the record.

| | |
|---|---|
| Dated: August 8, 2007 | Respectfully submitted, |
| Of Counsel: | PETER D. KEISLER<br>Assistant Attorney General |
| DANIEL MERON<br>General Counsel | JEFFREY A. TAYLOR<br>United States Attorney |
| KATHLEEN H. McGUAN<br>Associate General Counsel |   /s/ Joel McElvain |
| MARK D. POLSTON.<br>Deputy Associate General<br>   Counsel for Litigation | SHEILA M. LIEBER, Deputy Director<br>JOEL McELVAIN, Attorney, D.C. Bar # 448431<br>United States Department of Justice<br>Civil Division, Federal Programs Branch |
| DAVID HOSKINS<br>Attorney<br>Office of the General Counsel<br>U.S. Department of Health<br>   and Human Services | 20 Massachusetts Ave., NW, Room 7130<br>Washington, D.C. 20001<br>Telephone: (202) 514-2988<br>Fax: (202) 616-8202<br>Email: Joel.L.McElvain@usdoj.gov |
| | *Attorneys for Defendant* |

**ATTACHMENT**

IN UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL IOWA HOSPITAL CORPORATION, successor-in-interest to IOWA LUTHERAN HOSPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL O. LEAVITT, SECRETARY DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 1:07CV00295 |

## SUPPLEMENTAL CERTIFICATION

I, Jacqueline R. Vaughn, Attorney Advisor, Centers for Medicare and Medicaid Services, Department of Health and Human Services, under authority delegated by the Secretary, certify the document attached is a true copy. The document was omitted from record due to a printing error.

Date: July 30, 2007

Jacqueline R. Vaughn

Hospital A
Sample Balance Sheet

Exhibit B

| Assets | 1994 | Liabilities and Fund Balances | 1994 |
|---|---|---|---|
| Current Assets: | | Current: | |
| Cash | 100,000 | Current Portion of Long—Term Debt | 375,000 |
| Accounts Receivable | 6,750,000 | Accounts Payable and Accrued Expenses | 6,375,000 |
| Other | 550,000 | Due To Third Party Payors | 1,250,000 |
| Due From Third—Party Payors | 850,000 | | |
| Inventories | 1,750,000 | | |
| Total Current Assets | 10,000,000 | Total Current Liabilities | 8,000,000 |
| Assets Limited as to Use: | | | |
| Board—Designated Funds | 8,000,000 | Accrued Insurance Costs | 1,200,000 |
| Funds Held By Trustee | 2,750,000 | | |
| Funded Depreciation | 7,250,000 | Accrued Pension Costs | 2,800,000 |
| | 18,000,000 | Long—Term Debt | 14,000,000 |
| | | Fund Balance | 20,000,000 |
| Property, Plant, and Equipment | 18,000,000 | | |
| Total | 46,000,000 | Total | 46,000,000 |