**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CENTRAL IOWA HOSPITAL** | * | |
| **CORPORATION, successor-in-interest to** | * | |
| **IOWA LUTHERAN HOSPITAL** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **CIVIL CASE NO.:** |
| **v.** | * | **1:07-cv-00295  RWR** |
| | * | |
| **MICHAEL O. LEAVITT, as Secretary of** | * | |
| **the United States Department of Health** | * | |
| **and Human Services** | * | |
| | * | |
| | * | |
| **Defendant.** | * | |

_____

**NOTICE OF WITHDRAWAL**

Stephen D. Charnoff, Counsel of Record for Plaintiff Central Iowa Hospital

Corporation withdraws his appearance in this matter.  Harold G. Belkowitz, Robert E.

Mazer, and the law offices of Ober, Kaler, Grimes & Shriver will continue as Counsel of

Record for Plaintiff Central Iowa Hospital Corporation.

        Respectfully submitted,


         _/s/  Stephen D. Charnoff_____
        Stephen D. Charnoff, D.C. Bar No. 502324
        sdcharnoff@ober.com
        Harold G. Belkowitz, D.C. Bar No. 449800
        hgbelkowitz@ober.com
        Ober, Kaler, Grimes & Shriver
        A Professional Corporation
        1401 H Street, N.W.
        Washington, D.C. 20005-3324
        (202) 408-8400
        (202) 408-0640 (facsimile)

Robert E. Mazer
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120

*Counsel for Central Iowa Hospital
Corporation, successor-in-interest to Iowa
Lutheran Hospital*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that pursuant to Local Rule 5.4, this Notice was served electronically this 29th day of August, 2007 upon:

Joel McElvain
United States Department of Justice
Civil Division, Federal Programs Branch
Room 7130
20 Massachusetts Ave., NW
Washington, D.C. 20001
(202) 514-2988
(202) 616-8202 (facsimile)
joel.l.mcelvain@usdoj.gov

*Counsel for Michael O. Leavitt as Secretary
of the United States Department of Health
and Human Services*

___/s/ Stephen D. Charnoff_____
Counsel

147890.1