IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL IOWA HOSPITAL CORPORATION, successor-in-interest to IOWA LUTHERAN HOSPITAL,<br><br> Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT, as Secretary of Health and Human Services,<br><br> Defendant. | CASE NO.: 1:07-CV-00295-RWR |

NOTICE OF FILING

Plaintiff, Central Iowa Hospital Corporation, successor-in-interest to Iowa Lutheran Hospital, through the undersigned counsel, now files the Joint Appendix in this action (two volumes) in accordance with LCvR 7(n). Because the Joint Appendix exceeds 500 pages, the Joint Appendix has been filed in paper and CD-ROM form in accordance with LCvR 5.4(e)(1).

        Respectfully submitted,

        CENTRAL IOWA HOSPITAL
        CORPORATION, successor-in-interest to
        IOWA LUTHERAN HOSPITAL


        */s/ Harold Belkowitz*
        Harold Belkowitz (D.C. Bar No. 449800)
        Ober, Kaler, Grimes & Shriver
        A Professional Corporation
        1401 H Street, N.W.
        Washington, D.C. 20005-3324
OF COUNSEL:       Telephone: (202) 408-8400
        Fax:   (202) 408-8400
Robert E. Mazer      Email:  hgbelkowitz@ober.com
Ober, Kaler, Grimes & Shriver
A Professional Corporation    Attorneys for Plaintiff
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November, 2007, a copy of the foregoing Notice of Filing was served by certified United States mail, postage prepaid, return receipt requested upon:

>Joel McElvain
>United States Department of Justice
>Civil Division, Federal Programs Branch
>Room 7130
>20 Massachusetts Avenue, N.W.
>Washington, D. C. 20001

>*/s/ Harold Belkowitz*
>Harold Belkowitz

1950684.v2