IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTRAL IOWA HOSPITAL** <br> **CORPORATION**, successor-in-interest to <br> Iowa Lutheran Hospital, <br><br>            **Plaintiff**, <br><br>    v. <br><br> **MICHAEL O. LEAVITT**, as Secretary of <br> Health and Humans Services, <br><br>            **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> )   Case No. 1:07-cv-00295-RWR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

The defendant, Michael O. Leavitt, Secretary of the Department of Health and Human Services, hereby responds to the notice of supplemental authority filed by the plaintiff, Central Iowa Hospital Corporation, on December 12, 2007. The plaintiff's notice informs the Court of the recent published opinion in *Via Christi Regional Medical Center v. Leavitt*, No. 06-3402, — F.3d — (10th Cir. Dec. 7, 2007), which involved a transaction similar to that at issue here. *Via Christi* serves as additional authority in support of the Secretary's motion for summary judgment.

The court of appeals held, as the Secretary has argued in this case, that a merger or a consolidation must qualify as a "bona fide sale" under 42 U.S.C. § 413.134(f) in order for a party to that transaction to claim an adjustment to its Medicare depreciation allowance. (Slip op. at 30-31.) The court of appeals also held that, under the Secretary's reasonable interpretation of his regulations, a "bona fide sale" must be the product of arm's length bargaining, and must result in an exchange of reasonable consideration. (Slip op. at 33-34.) The merger at issue in this case

-2-

was not the product of arm's length bargaining, and did not result in an exchange of reasonable consideration, as the Secretary has explained at pages 23 to 25 of his initial memorandum in support of his summary judgment motion and at pages 5 to 6 of his reply memorandum.  The merger here thus was not a "bona fide sale," and this Court may affirm the decision of the Administrator on this ground alone.

In dicta, the court of appeals rejected an alternative ground that the Secretary had presented in that case, and which the Secretary has presented as an alternative ground here.  42 C.F.R. § 413.134(k) allows a depreciation adjustment as a result of a merger or consolidation only if the transaction is "between two or more corporations that are unrelated (as specified in § 413.17)."  The court of appeals recognized that this was a "close issue," but reasoned that, under the plain language of the regulation, only the relationship of the parties before the transaction is relevant, and thus a depreciation adjustment could be permitted in a case (otherwise qualifying as a bona fide sale) where a provider is related to the entity surviving the transaction.  (Slip op. at 26-27.)  The court of appeals also reasoned that this reading of the regulations was supported by indicia of the Secretary's intent at the time that the regulations were promulgated.  (Slip op. at 28.)  The Secretary respectfully disagrees with this aspect of the court of appeals' opinion, for the reasons that he has presented at pages 25 to 30 and pages 34 to 36 of his initial memorandum in support of his summary judgment motion, and at pages 7 to 10 and 13 to 14 of his reply memorandum.

-3-

| | |
|---|---|
| Dated: December 20, 2007 | Respectfully submitted, |
| Of Counsel: | PETER D. KEISLER<br>Assistant Attorney General |
| DANIEL MERON<br>General Counsel | JEFFREY A. TAYLOR<br>United States Attorney |
| KATHLEEN H. McGUAN<br>Associate General Counsel |   /s/ Joel McElvain |
| MARK D. POLSTON.<br>Deputy Associate General<br>   Counsel for Litigation | SHEILA M. LIEBER, Deputy Director<br>JOEL McELVAIN, Attorney, D.C. Bar # 448431<br>United States Department of Justice<br>Civil Division, Federal Programs Branch |
| DAVID HOSKINS<br>Attorney<br>Office of the General Counsel<br>U.S. Department of Health<br>   and Human Services | 20 Massachusetts Ave., NW, Room 7130<br>Washington, D.C. 20001<br>Telephone:   (202) 514-2988<br>Fax:   (202) 616-8202<br>Email:   Joel.L.McElvain@usdoj.gov |
| | *Attorneys for Defendant* |